UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RYAN R., <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendants. | Case No. C19-5414 TLF <br><br> ORDER GRANTING STIPULATED MOTION TO REMAND DEFENDANT'S DECISION TO DENY BENEFITS |

Based on the stipulation of the parties (Dkt. 19), it is ORDERED that the Commissioner's decision regarding plaintiff's applications for Social Security Disability Insurance benefits and Supplemental Security Income disability benefits, under Titles II and XVI of the Social Security Act, is reversed and remanded for further administrative proceedings, pursuant to sentence four of 42 U.S.C. §405(g).

On remand, the Administrative Law Judge shall:

- evaluate the evidence submitted to the Appeals Council;
- further develop the record by obtaining medical expert evidence from a psychologist;
- reconsider the claimant's residual functional capacity;
- obtain supplemental evidence from a vocational expert and clarify any conflicts between the testimony of the vocational expert and the *Dictionary of Occupational Titles;*

ORDER GRANTING STIPULATED MOTION TO
REMAND DEFENDANT'S DECISION TO DENY
BENEFITS - 1

- offer the claimant a *de novo* supplemental hearing; and
- issue a new decision.

Upon proper presentation, this Court will consider plaintiff's application for cost and attorney's fees under 28 U.S.C. § 2412(d).

Dated this 2nd day of December, 2019.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge